## JOHN CALDWELL *vs.* ISAAC MILLER.

A return of "served by copy, left at a house *said* to be the boarding house of defendant," is not sufficient to authorize a judgment by default.

CERTIORARI to Justice Wiley.

The return of service of the summons was " served on the defendant by leaving a copy at the house of Michael Kinch, said to be the boarding house of said defendant;" and it was held to be insufficient. The judgment was by default.

Judgment reversed.

*J. A. Bayard*, for plaintiff in error.

*Memorandum.*—During the winter vacation, the Hon. THOMAS CLAYTON, Chief Justice of the State, resigned; and the Hon. JOHN M. CLAYTON, of Kent, was appointed to succeed him.